UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

BARBARA J. LAPINE,

                Plaintiff,

-against-

CARRIER CORPORATION,

                Defendant.

Civil Action No.: 5:07-CV-00085 (NAM/DEP)

**STIPULATION OF DISMISSAL**

---

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person that is not a party hereto has an interest in the subject matter of the action, the above-entitled action

1349923.1

hereby is dismissed with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: October 5, 2007

BOND, SCHOENECK & KING, PLLC

/s/ Gilles R. Abitbol
Gilles R. Abitbol, Esq.
Bar Roll No.511815
Attorney for Plaintiff
121 Green Acres Drive
Liverpool, New York 13090
Telephone: (315) 706-0159
Email: lsellig@msn.com

By: /s/ Laura H. Harshbarger
Laura H. Harshbarger, Esq.
Bar Roll No. 509779
Attorneys for Defendant
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 218-8314
Email: harshbl@bsk.com

Louis P. DiLorenzo, Esq.
Bar Roll No. 501344
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 218-8315
Email: dilorel@bsk.com

SO ORDERED:

[signature]

Hon. David E. Peebles
U.S. Magistrate Judge

Dated: October 9, 2007

2

1349923.1